UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19

UNITED STATES OF AMERICA

-v-

No. 18-cr-508 (RJS)
ORDER

HEYDER RENTERIA SOLIS *et al.*,

Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

The previously scheduled sentencing proceedings for each defendant shall take place in

Courtroom 18A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New

York, New York 10007.

SO ORDERED.

Dated:        December 3, 2019
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation